UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ISAI ULISES VILLAGOMEZ,<br>　　　　Defendant. | Case No. 18-cr-00599-VC-1<br><br>**ORDER COMPELLING DISCOVERY**<br>Re: Dkt. No. 120 |

　　　　For the reasons stated on the record at the hearing, the government is ordered to provide to the Court for *in camera* inspection any and all documents reflecting communications between Agent Cahill and any current or former AUSA relating to the defense's motion to suppress. This includes, but is not limited to, communications regarding Cahill's declaration and communications regarding the evidentiary hearing. It includes, but is not limited to, any drafts of Cahill's declaration and any comments on drafts, whether made by Cahill or the U.S. Attorney's Office. It includes, but is not limited to, any emails, notes, or text messages.

　　　　The government's search for, identification of, and production of materials responsive to this order must be closely overseen by a supervisor in the U.S. Attorney's Office who has not been directly involved in this case. The production must be accompanied by a sworn declaration (again, to be submitted *in camera*) by that supervisor explaining in detail the process by which the office achieved confidence that all materials responsive to this order were identified and produced. For the purpose of ensuring that all responsive materials are identified and produced, it is not sufficient to rely on the current or former AUSAs involved in this case—an independent review must be conducted. The U.S. Attorney's Office should resolve any doubts about whether

a document is responsive to this order in favor of production for *in camera* inspection.

The government is also ordered to produce for *in camera* inspection any responsive documents (including emails, notes, or text messages) in the possession of Cahill or the DEA.

The government is further ordered to provide directly to the defense Cahill's phone records for the period between 10:00 a.m. and 11:20 a.m. on November 5, 2018. The government is ordered to provide the records from the phone of the confidential informant for the same time period. These phone records must also be included in the government's *in camera* submission.

All records must be produced for *in camera* inspection no later than November 3, 2021. The government is also ordered to produce the phone records to the defense no later than November 3, 2021.

**IT IS SO ORDERED.**

Dated: October 6, 2021

VINCE CHHABRIA
United States District Judge