UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> ISAI ULISES VILLAGOMEZ, <br><br> Defendant. | Case No. 18-cr-00599-VC-1 <br><br> **ORDER DENYING MOTION TO COMPEL** <br><br> Re: Dkt. No. 120 |

The defense filed a motion to compel discovery of communications between Special Agent Cahill and the United States Attorney's Office. The Court held a hearing and ultimately ordered the government to produce the records for in camera inspection based on a concern (among other things) that Cahill and Special Agent Elmore were improperly coached in the preparation of their declarations in opposition to the motion to suppress, and in connection with their testimony at the hearing on the motion to suppress. In response, the U.S. Attorney's Office has provided for in camera inspection all communications between the Office and both agents. The Court has reviewed the documents.

With respect to Cahill, assuming the phone records confirm the absence of a phone call between Cahill and the informant on the day and time in question, the phone records are *Giglio* material, because they contradict Cahill's assertion in Paragraph 16 of his declaration. The defense has already received those phone records and may use those records (along with the declaration) to impeach Cahill at trial. However, there are no *Giglio* materials in the communications between the U.S. Attorney's Office and Cahill, and no evidence of improper coaching. Accordingly, the defendant's motion to compel production of those materials is

denied.

With respect to Elmore, the body camera footage is *Giglio* material because it appears to contradict the assertions made by Elmore in Paragraph 15 of his declaration, suggesting that Elmore may not have been truthful in that paragraph. The defense is in possession of the body camera footage, and may use that footage (along with the declaration) to impeach Elmore at trial. However, based on the current record, there are no further *Giglio* materials in the communications between the U.S. Attorney's Office and Cahill, and no evidence of improper coaching. Accordingly, the defendant's motion to compel production of those materials is denied.

**IT IS SO ORDERED.**

Dated: December 17, 2021

_____
VINCE CHHABRIA
United States District Judge