IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>Defendants. | Case No. CR 18-599 VC<br><br>**ORDER SETTING DISCOVERY CUT-OFF DATE** |

Trial in this case is scheduled to begin on March 14, 2022. No later than February 18, 2022, the government shall turn over all discovery to the defense. This cut-off date shall apply to all discovery and disclosures required by applicable law, including Federal Rules of Criminal Procedure 12.1-12.3, 16 and 26.2; Northern District of California Local Criminal Rule 16-1(c); *Brady v. Maryland*, 373 U.S. 83 (1963); *Giglio v. United States*, 405 U.S. 150 (1972); *United States v. Bagley*, 473 U.S. 667 (1985); *United States v. Henthorn,* 931 F.2d 29, 30-1 (9th Cir. 1991) and California Rule of Professional Conduct 3.8(d). Discovery and disclosures not timely produced may be excluded from trial if good cause for the failure to produce is not demonstrated. *See* Fed. R. Crim. P. 16(d)(2), 26.2(e).

IT IS SO ORDERED.

Date:   February 11, 2022

VINCE CHHABRIA
United States District Judge