UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ISAI ULISES VILLAGOMEZ,<br>    Defendant. | Case No. 18-cr-00599-VC-1<br><br>**ORDER GRANTING IN PART DEFENDANT'S SECOND MOTION TO COMPEL**<br><br>Re: Dkt. No. 158 |

For the reasons stated on the record, the defendant's first and second requests are granted in part, and the fourth request is denied. The parties have reached an agreement with respect to the third and fifth requests. As to the first and second requests, they are granted to the extent specified in the defendant's reply brief: The government must inquire, through Agent Espinoza, whether any Los Angeles-based law enforcement agent known to Agent Espinoza as having worked with the confidential informant from August to November of 2018 is in possession of any reports, recorded communications, or other documents or records related to this case that the government is required to produce under Rule 16. As to the fourth request, the government has agreed to stipulate that the confidential informant received compensation for his work for the government. The defense's request for information relating to the informant's compensation in other cases is denied.

**IT IS SO ORDERED.**

Dated: February 16, 2022

VINCE CHHABRIA
United States District Judge