UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>　　　　　Defendant. | Case No. 18-cr-00599-VC-1<br><br>**ORDER RE: GOVERNMENT'S MOTION IN LIMINE NO. 1**<br><br>Re: Dkt. No. 177 |

　　　　The Court required the defendant to submit an offer of proof under seal explaining what evidence he intends to offer substantiating his entrapment defense. *See United States v. Gurolla*, 333 F.3d 944, 951 n.8 (9th Cir. 2003) ("A district court may require a defendant to submit a pretrial offer of proof on an entrapment defense."); *see also id.* at 952 ("It is clear that the district court had the authority to accept [the defendant's] submissions under seal."). As the Ninth Circuit has explained, a defendant need only present "slight evidence" to permit a jury to hear his entrapment defense. *Id.* at 951 (quotations and citation omitted). Even where "the evidence may be weak, insufficient, inconsistent, or of doubtful credibility," the defendant is allowed to put on the defense. *United States v. Yarbrough*, 852 F.2d 1522, 1541 (9th Cir. 1988).

　　　　In light of the declaration submitted by the defendant, whether to permit an entrapment defense is a close question, even considering the Ninth Circuit's liberal standard for permitting the presentation of such a defense. However, on the current record, the defendant will be permitted to present an entrapment defense.

　　　　**IT IS SO ORDERED.**

Dated: March 10, 2022

_____
VINCE CHHABRIA
United States District Judge