UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ISAI ULISES VILLAGOMEZ,<br>　　　　Defendant. | Case No.  18-cr-00599-VC-1<br><br>**ORDER RE: AUDIO RECORDINGS**<br>Re: Dkt. No. 218 |

　　It is not at all clear that the government needs voice recognition testimony to make a prima facie showing that it was the defendant speaking to the confidential informant on the recordings. The fact that the recorded calls were placed to a number registered to the defendant, along with the fact that the defendant took actions consistent with the conversation between the confidential informant and the other person on the recordings, strongly suggests that the defendant was the person speaking with the informant on the calls. However, if the government wishes to present voice recognition testimony from an agent, the agent will be required to articulate the basis for his ability to recognize the defendant's voice at the hearing on Monday, March 14, 2022.

　　**IT IS SO ORDERED.**

Dated: March 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge