STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    FAX: (415) 436-7234
    ankur.shingal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. 3:18-cr-00599 VC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | UNITED STATES' FIRST AMENDED EXHIBIT LIST |
| v. | ) | |
| | ) | |
| ISAI ULISES VILLAGOMEZ, | ) | Judge: Hon. Vince Chhabria |
| | ) | Pretrial Conf.: March 7, 2022 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Trial Date: March 14, 2022 |

    The United States of America hereby submits its first amended list of prospective exhibits it may seek to introduce into evidence at trial. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
| 1 | Brick of heroin seized from Villagomez's vehicle on 11/5/18 | | | |
| 2 | Photograph of Villagomez's vehicle | VILLAGOMEZ-000001 | | |
| 3 | Photograph of Villagomez at arrest | VILLAGOMEZ-000004 | | |
| 4 | Photograph of Villagomez at arrest | VILLAGOMEZ-000005 | | |
| 5 | Photograph of vehicle VIN number | VILLAGOMEZ-000008 | | |
| 6 | Photo of heroin seized from Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000009 | | |
| 7 | Photograph of plastic bag from Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000010 | | |
| 8 | Photograph of black Adidas bag in Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000011 | | |
| 9 | Photograph of Coach wallet removed from black Adidas bag in Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000012 | | |
| 10 | Photograph of Villagomez driver's license removed from Coach wallet removed from black Adidas bag in Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000013 | | |
| 11 | Photograph of Villagomez's California ID seized during his arrest on 11/5/18 | VILLAGOMEZ-000014 | | |
| 12 | Photograph of Tubes, Lubes, & Smogs invoice removed from Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000016 | | |
| 13 | Photograph of parking citation from 11/5/18 | VILLAGOMEZ-000017 | | |
| 14 | Photograph of bags and IDs | VILLAGOMEZ-000018 | | |
| 15 | Photo of heroin seized and weighed from Villagomez's vehicle on 11/5/18. | VILLAGOMEZ-000021 | | |
| 16 | CLET criminal history report for Villagomez. | VILLAGOMEZ-000024-30 | | |
| 17 | SFPD incident report for Villagomez's 11/5/18 arrest. | VILLAGOMEZ-000041-47 | | |
| 18 | Body camera footage for SFPD Officer Clifford. | VILLAGOMEZ-000050 | | |
| 19 | Body camera footage for SFPD Officer Nestor. | VILLAGOMEZ-000051 | | |
| 20 | CLET criminal history report for Villagomez. | VILLAGOMEZ-000052-60 | | |
| 21 | DEA Western Laboratory Chemical Analysis Report for case number R3-19-0019 | VILLAGOMEZ-000071 | | |
| 22 | DEA Report of Investigation dated 8-19-2020 | VILLAGOMEZ-000072 | | |
| 23 | DEA Report of Investigation dated 11-12-2020 | VILLAGOMEZ-000204-06 | | |
| 24 | Photo of Villagomez's driver's | VILLAGOMEZ- | | |

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
|  | license sent by Villagomez to the CI on 11/5/18. | 000215. |  |  |
| 25 | CV of Dr. Charmain Qiu, PH.D | VILLAGOMEZ-000324 |  |  |
| 26 | T-Mobile records | VILLAGOMEZ-000860-62 |  |  |
| 27 | T-Mobile records | VILLAGOMEZ-000871-81 |  |  |
| 28 | Disclosure for Austin Curnow | [Produced on 2/16/1990] |  |  |
| 29 | Callyo Records – 2021-11-10_165426_PST_646-916-4695.csv | VILLAGOMEZ-RECORDINGS-000285-288 |  |  |
| 30 | Callyo Records – 2021-11-10_165426_PST_646-916-4695_Printer_Friendly.xlsx | VILLAGOMEZ-RECORDINGS-000289-292 |  |  |
| 31 | Callyo Records – 2021-11-10_165426_PST_646-916-4695.csv | VILLAGOMEZ-RECORDINGS-000293-294 |  |  |
| 32 | Callyo Records – 2021-11-10_165426_PST_646-916-4695_Printer_Friendly.xlsx | VILLAGOMEZ-RECORDINGS-000295-296 |  |  |
| 33 | Callyo Records – 2018-10-25_13-02-54_PDT.wav | VILLAGOMEZ-RECORDINGS-000297 |  |  |
| 34 | Callyo Records – 2018-10-25_13-02-54_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000298 |  |  |
| 35 | Callyo Records – 2018-10-25_13-08-11_PDT.wav | VILLAGOMEZ-RECORDINGS-000299 |  |  |
| 36 | Callyo Records – 2018-10-25_13-08-11_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000300-305 |  |  |
| 37 | Callyo Records – 2018-10-29_22-01-27_PDT.wav | VILLAGOMEZ-RECORDINGS-000306 |  |  |
| 38 | Callyo Records – 2018-10-29_22-01-27_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000307 |  |  |
| 39 | Callyo Records – 2018-10-29_22-02-57_PDT.wav | VILLAGOMEZ-RECORDINGS-000308 |  |  |
| 40 | Callyo Records – 2018-10-29_22-02-57_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000309 |  |  |
| 41 | Callyo Records – 2018-10-29_22-26-05_PDT.wav | VILLAGOMEZ-RECORDINGS-000310 |  |  |
| 42 | Callyo Records – 2018-10-29_22-26-05_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000311 |  |  |
| 43 | Callyo Records – 2018-10-30_09-11-11_PDT.wav | VILLAGOMEZ-RECORDINGS- |  |  |

GOV'T FIRST AMENDED EXHIBIT LIST
18-CR-599 VC

3

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
| | | 000312 | | |
| 44 | Callyo Records – 2018-10-30_09-11-11_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000313-16 | | |
| 45 | Callyo Records – 2018-10-30_09-18-35_PDT.wav | VILLAGOMEZ-RECORDINGS-000317 | | |
| 46 | Callyo Records – 2018-10-30_09-18-35_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000318-19 | | |
| 47 | Callyo Records -- 2018-10-30_12-13-22_PDT.wav | VILLAGOMEZ-RECORDINGS-000320 | | |
| 48 | Callyo Records – 2018-10-30_12-13-22_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000321-24 | | |
| 49 | Callyo Records – 2018-10-30_12-36-00_PDT.wav | VILLAGOMEZ-RECORDINGS-000325 | | |
| 50 | Callyo Records – 2018-10-30_12-36-00_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000326 | | |
| 51 | Callyo Records – 2018-10-30_12-40-24_PDT.wav | VILLAGOMEZ-RECORDINGS-000327 | | |
| 52 | Callyo Records – 2018-10-30_12-40-24_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000328-30 | | |
| 53 | Callyo Records – 2018-10-30_13-20-06_PDT.wav | VILLAGOMEZ-RECORDINGS-000331 | | |
| 54 | Callyo Records – 2018-10-30_13-20-06_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000332-33 | | |
| 55 | Callyo Records – 2018-10-30_13-57-51_PDT.wav | VILLAGOMEZ-RECORDINGS-000334 | | |
| 56 | Callyo Records – 2018-10-30_13-57-51_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000335 | | |
| 57 | Callyo Records – 2018-10-30_14-12-02_PDT.wav | VILLAGOMEZ-RECORDINGS-000336 | | |
| 58 | Callyo Records – 2018-10-30_14-12-02_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000337-38 | | |
| 59 | Callyo Records – 2018-10-30_14-44-03_PDT.wav | VILLAGOMEZ-RECORDINGS-000339 | | |
| 60 | Callyo Records – 2018-10-30_14-44-03_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000340 | | |
| 61 | Callyo Records – 2018-10-30_15-34-14_PDT.wav | VILLAGOMEZ-RECORDINGS- | | |

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
|  |  | 000341 |  |  |
| 62 | Callyo Records – 2018-10-30_15-34-14_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000342 |  |  |
| 63 | Callyo Records – 2018-10-30_15-50-16_PDT.wav | VILLAGOMEZ-RECORDINGS-000343 |  |  |
| 64 | Callyo Records – 2018-10-30_15-50-16_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000344 |  |  |
| 65 | Callyo Records – 2018-10-30_19-53-35_PDT.wav | VILLAGOMEZ-RECORDINGS-000345 |  |  |
| 66 | Callyo Records – 2018-10-30_19-53-35_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000346 |  |  |
| 67 | Callyo Records – 2018-10-31_09-03-11_PDT.wav | VILLAGOMEZ-RECORDINGS-000347 |  |  |
| 68 | Callyo Records – 2018-10-31_09-03-11_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000348 |  |  |
| 69 | Callyo Records – 2018-10-31_16-03-17_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000349-54 |  |  |
| 70 | Callyo Records – 2018-10-31_16-07-15_PDT.wav | VILLAGOMEZ-RECORDINGS-000355 |  |  |
| 71 | Callyo Records – 2018-10-31_16-07-15_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000356 |  |  |
| 72 | Callyo Records – 2018-10-31_21-20-44_PDT.wav | VILLAGOMEZ-RECORDINGS-000357 |  |  |
| 73 | Callyo Records – 2018-10-31_21-20-44_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000358-59 |  |  |
| 74 | Callyo Records – 2018-10-31_22-55-34_PDT.wav | VILLAGOMEZ-RECORDINGS-000360 |  |  |
| 75 | Callyo Records – 2018-10-31_22-55-34_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000361-80 |  |  |
| 76 | Callyo Records – 2018-11-01_17-08-27_PDT.wav | VILLAGOMEZ-RECORDINGS-000381 |  |  |
| 77 | Callyo Records – 2018-11-01_17-08-27_PDT_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000382-89 |  |  |
| 78 | Callyo Records – 2018-10-25_14-48-51_PDT_e8d501.jpg | VILLAGOMEZ-RECORDINGS-000390 |  |  |
| 79 | Callyo Records – 2018-10-25_14-49- | VILLAGOMEZ- |  |  |

GOV'T FIRST AMENDED EXHIBIT LIST
18-CR-599 VC

5

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
|  | 00_PDT_4b9701.mp4 | RECORDINGS-000391 |  |  |
| 80 | Callyo Records – 2018-10-30_16-10-27_PDT_eeb201.png | VILLAGOMEZ-RECORDINGS-000392 |  |  |
| 81 | Callyo Records – 2018-10-26_17-54-40_PDT_159a_01.txt | VILLAGOMEZ-RECORDINGS-000393 |  |  |
| 82 | Callyo Records – 2018-10-29_22-04-06_PDT_fdef_01.txt | VILLAGOMEZ-RECORDINGS-000394 |  |  |
| 83 | Callyo Records – 2018-10-30_13-55-29_PDT_1612_01.txt | VILLAGOMEZ-RECORDINGS-000395 |  |  |
| 84 | Callyo Records – 2018-10-30_13-58-37_PDT_86dc_01.txt | VILLAGOMEZ-RECORDINGS-000396 |  |  |
| 85 | Callyo Records – 2018-10-30_15-31-34_PDT_7998_01.txt | VILLAGOMEZ-RECORDINGS-000397 |  |  |
| 86 | Callyo Records – 2018-10-30_15-35-07_PDT_5ddf_01.txt | VILLAGOMEZ-RECORDINGS-000398 |  |  |
| 87 | Callyo Records – 2018-10-30_20-08-03_PDT_db28_01.txt | VILLAGOMEZ-RECORDINGS-000399 |  |  |
| 88 | Callyo Records – 2018-10-31_18-26-45_PDT_5bc1_01.txt | VILLAGOMEZ-RECORDINGS-000400 |  |  |
| 89 | Callyo Records – 2018-10-31_21-25-59_PDT_0ea3_01.txt | VILLAGOMEZ-RECORDINGS-000401 |  |  |
| 90 | Callyo Records – 2018-10-31_22-35-56_PDT_dae6_01.txt | VILLAGOMEZ-RECORDINGS-000402 |  |  |
| 91 | Callyo Records – 2018-11-01_13-18-15_PDT_ac36_01.txt | VILLAGOMEZ-RECORDINGS-000403 |  |  |
| 92 | Callyo Records – 2018-11-01_13-19-02_PDT_71c1_01.txt | VILLAGOMEZ-RECORDINGS-000404 |  |  |
| 93 | Callyo Records – 2018-11-01_13-58-28_PDT_0efa_01.txt | VILLAGOMEZ-RECORDINGS-000405 |  |  |
| 94 | Callyo Records – 2021-11-10_165426_PST_646-916-4695.csv | VILLAGOMEZ-RECORDINGS-000406-07 |  |  |
| 95 | Callyo Records – 2021-11-10_165426_PST_646-916-4695_Printer_Friendly.xlsx | VILLAGOMEZ-RECORDINGS-000408-09 |  |  |
| 96 | Callyo Records – 2018-11-04_12-53-41_PST.wav | VILLAGOMEZ-RECORDINGS-000410 |  |  |

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
| 97 | Callyo Records – 2018-11-04_12-53-41_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000411-13 | | |
| 98 | Callyo Records – 2018-11-04_13-31-07_PST.wav | VILLAGOMEZ-RECORDINGS-000414 | | |
| 99 | Callyo Records – 2018-11-04_13-31-07_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000415-17 | | |
| 100 | Callyo Records – 2018-11-04_13-37-04_PST.wav | VILLAGOMEZ-RECORDINGS-000418 | | |
| 101 | Callyo Records – 2018-11-04_13-37-04_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000419-22 | | |
| 102 | Callyo Records – 2018-11-04_13-48-25_PST.wav | VILLAGOMEZ-RECORDINGS-000423 | | |
| 103 | Callyo Records – 2018-11-04_13-48-25_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000424-26 | | |
| 104 | Callyo Records – 2018-11-04_14-01-33_PST.wav | VILLAGOMEZ-RECORDINGS-000427 | | |
| 105 | Callyo Records – 2018-11-04_14-01-33_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000428-32 | | |
| 106 | Callyo Records – 2018-11-04_18-07-18_PST.wav | VILLAGOMEZ-RECORDINGS-000433 | | |
| 107 | Callyo Records – 2018-11-04_18-07-18_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000434-35 | | |
| 108 | Callyo Records – 2018-11-04_22-53-28_PST.wav | VILLAGOMEZ-RECORDINGS-000436 | | |
| 109 | Callyo Records – 2018-11-04_22-53-28_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000437-38 | | |
| 110 | Callyo Records – 2018-11-04_22-54-25_PST.wav | VILLAGOMEZ-RECORDINGS-000439 | | |
| 111 | Callyo Records – 2018-11-04_22-54-25_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000440 | | |
| 112 | Callyo Records – 2018-11-05_07-13-36_PST.wav | VILLAGOMEZ-RECORDINGS-000441 | | |
| 113 | Callyo Records – 2018-11-05_07-13-36_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000442 | | |
| 114 | Callyo Records – 2018-11-05_07-15-43_PST.wav | VILLAGOMEZ-RECORDINGS-000443 | | |

GOV'T FIRST AMENDED EXHIBIT LIST         7
18-CR-599 VC

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
| 115 | Callyo Records – 2018-11-05_07-15-43_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000444-445 | | |
| 116 | Callyo Records – 2018-11-05_07-48-26_PST.wav | VILLAGOMEZ-RECORDINGS-000446 | | |
| 117 | Callyo Records – 2018-11-05_07-48-26_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000447 | | |
| 118 | Callyo Records – 2018-11-05_09-44-11_PST.wav | VILLAGOMEZ-RECORDINGS-000448 | | |
| 119 | Callyo Records – 2018-11-05_09-44-11_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000449-50 | | |
| 120 | Callyo Records – 2018-11-05_10-46-24_PST.wav | VILLAGOMEZ-RECORDINGS-000451 | | |
| 121 | Callyo Records – 2018-11-05_10-46-24_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000452-53 | | |
| 122 | Callyo Records – 2018-11-05_11-06-35_PST.wav | VILLAGOMEZ-RECORDINGS-000454 | | |
| 123 | Callyo Records – 2018-11-05_11-06-35_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000455 | | |
| 124 | Callyo Records – 2018-11-05_11-07-19_PST.wav | VILLAGOMEZ-RECORDINGS-000456 | | |
| 125 | Callyo Records – 2018-11-05_11-07-19_PST_Bilingual_Final.docx | VILLAGOMEZ-RECORDINGS-000457 | | |
| 126 | Callyo Records – 2018-11-04_13-39-06_PST_f6d2_01.txt | VILLAGOMEZ-RECORDINGS-000458 | | |
| 127 | Callyo Records – 2018-11-04_13-51-54_PST_8ca6_01.txt | VILLAGOMEZ-RECORDINGS-000459 | | |
| 128 | Callyo Records – 2018-11-04_14-04-36_PST_b17a_01.txt | VILLAGOMEZ-RECORDINGS-000460 | | |
| 129 | Callyo Records – 2018-11-04_17-56-42_PST_f4df_01.txt | VILLAGOMEZ-RECORDINGS-000461 | | |
| 130 | Callyo Records – 2018-11-04_18-12-27_PST_0fe3_01.txt | VILLAGOMEZ-RECORDINGS-000462 | | |
| 131 | Callyo Records – 2018-11-04_22-55-59_PST_36a6_01.txt | VILLAGOMEZ-RECORDINGS-000463 | | |
| 132 | Callyo Records – 2018-11-04_23-08-06_PST_87fb_01.txt | VILLAGOMEZ-RECORDINGS-000464 | | |

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
| 133 | Callyo Records – 2018-11-04_23-09-00_PST_31ff_01.txt | VILLAGOMEZ-RECORDINGS-000465 | | |
| 134 | Callyo Records – 2018-11-04_23-09-13_PST_524c_01.txt | VILLAGOMEZ-RECORDINGS-000466 | | |
| 135 | Callyo Records – 2018-11-04_23-10-13_PST_f762_01.txt | VILLAGOMEZ-RECORDINGS-000467 | | |
| 136 | Callyo Records – 2018-11-04_23-10-41_PST_65ed_01.txt | VILLAGOMEZ-RECORDINGS-000468 | | |
| 137 | Callyo Records – 2018-11-04_23-10-48_PST_a5e3_01.txt | VILLAGOMEZ-RECORDINGS-000469 | | |
| 138 | Callyo Records – 2018-11-04_23-11-38_PST_026a_01.txt | VILLAGOMEZ-RECORDINGS-000470 | | |
| 139 | Callyo Records – 2018-11-04_23-15-10_PST_8c7a_01.txt | VILLAGOMEZ-RECORDINGS-000471 | | |
| 140 | Callyo Records – 2018-11-04_23-18-51_PST_e505_01.txt | VILLAGOMEZ-RECORDINGS-000472 | | |
| 141 | Callyo Records – 2018-11-04_23-25-09_PST_9d72_01.txt | VILLAGOMEZ-RECORDINGS-000473 | | |
| 142 | Callyo Records – 2018-11-05_07-02-56_PST_9c52_01.txt | VILLAGOMEZ-RECORDINGS-000474 | | |
| 143 | Callyo Records – 2018-11-05_07-17-07_PST_ae88_01.txt | VILLAGOMEZ-RECORDINGS-000475 | | |
| 144 | Callyo Records – 2018-11-05_07-17-22_PST_7249_01.txt | VILLAGOMEZ-RECORDINGS-000476 | | |
| 145 | Callyo Records – 2018-11-05_07-18-13_PST_fc7e_01.txt | VILLAGOMEZ-RECORDINGS-000477 | | |
| 146 | Callyo Records – 2018-11-05_07-18-39_PST_dbd1_01.txt | VILLAGOMEZ-RECORDINGS-000478 | | |
| 147 | Callyo Records – 2018-11-05_08-43-28_PST_59ca_01.txt | VILLAGOMEZ-RECORDINGS-000479 | | |
| 148 | Callyo Records – 2018-11-05_08-57-28_PST_d79c_01.txt | VILLAGOMEZ-RECORDINGS-000480 | | |
| 149 | Callyo Records – 2018-11-05_09-21-15_PST_7efd_01.txt | VILLAGOMEZ-RECORDINGS-000481 | | |
| 150 | Callyo Records – 2018-11-05_09-48-24_PST_2a1c_01.txt | VILLAGOMEZ-RECORDINGS-000482 | | |

| Exhibit | Description | Bates Range | Date Marked | Date Admitted |
|---|---|---|---|---|
| 151 | Callyo Records – 2018-11-05_10-31-03_PST_0850_01.txt | VILLAGOMEZ-RECORDINGS-000483 | | |
| 152 | Callyo Records – Translated text messages | VILLAGOMEZ-RECORDINGS-000484-85 | | |
| 153 | Callyo Records – Translated text messages | VILLAGOMEZ-RECORDINGS-000486-87 | | |
| 154 | DEA Report re: Angel Rosario dated 2-25-22 | VILLAGOMEZ-001211-12 | | |
| 155 | Affidavit of Bernadette Yee re: Angel Rosario | VILLAGOMEZ-001213 | | |
| 156 | Email from Angel Rosario / Probation file | | | |
| 157 | Certified court records from San Diego Superior Court re: SCS274418, S301653 | VILLAGOMEZ-00328-97 | | |
| 158 | San Diego County Probation Department Records | VILLAGOMEZ-000470-859 | | |
| 159 | Declaration of T-Mobile custodian of records Barbara Smith | VILLAGOMEZ-001247 | | |
| 160 | T-Mobile subscriber information for phone number ending 3637 | VILLAGOMEZ-001253 | | |
| 161 | T-Mobile subscriber information for phone number ending 3594 | VILLAGOMEZ-001254 | | |
| 162 | CBP booking photo of Isai Villagomez, 8/29/2014 | VILLAGOMEZ-001262 | | |
| 163 | CBP photo of methamphetamine in vehicle, 8/29/2014 | VILLAGOMEZ-001267 | | |
| 164 | CBP photo of methamphetamine seized from vehicle, 8/29/2014 | VILLAGOMEZ-001268 | | |
| 165 | CBP incident report for incident 2014SA002767002 | VILLAGOMEZ-001284–001291 | | |

DATED:  March 11, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
ANKUR SHINGAL
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys