```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:18-cr-00599-VC |
| Plaintiff, ) | **CORRECTED FIRST SET OF EVIDENTIARY STIPULATIONS** |
| v. ) | |
| ISAI ULISES VILLAGOMEZ, ) | Judge: Hon. Vince Chhabria |
| | Pretrial Conf. March 7, 2022 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Trial Date: March 14, 2022 |

**IT IS HEREBY STIPULATED AND AGREED**, between plaintiff, the United States of America, by its undersigned counsel, and defendant, Isai Ulises Villagomez, by his undersigned counsel, that if the government were to call as a witness the certified translator who prepared the following Spanish-to-English transcriptions and translations, that witness (a) would meet the requirements of Fed. R. Evid. 702 to qualify as an expert in the transcription and translation of conversations and messages from Spanish to English, (b) would testify that she transcribed and translated the following Spanish-to-English translation exhibits from the corresponding recorded calls and text messages identified by exhibit number below, and (c) would testify that those transcription and translation exhibits accurately convey in English the intent or idea of the Spanish captured in the corresponding recorded calls and text

messages.  The parties stipulate and agree that the above proffered testimony would suffice to admit the following Spanish-to-English transcription and translation exhibits under Federal Rules of Evidence 702 and 901, subject to the government laying a foundation for the authenticity and relevance of the corresponding recorded calls and text messages.  If the government lays such a foundation for authenticity and relevance of the recorded calls and text messages, then the parties stipulate and agree that the following Spanish-to-English transcription and translation exhibits are admissible without the government calling a sponsoring witness:

| Recorded Call or Text Message Exhibit | Spanish-to-English Transcription/Translation Exhibit |
|---|---|
| Trial Exhibit 30 | Trial Exhibits 152 and 153 |
| Trial Exhibit 33 | Trial Exhibit 34 |
| Trial Exhibit 35 | Trial Exhibit 36 |
| Trial Exhibit 37 | Trial Exhibit 38 |
| Trial Exhibit 39 | Trial Exhibit 40 |
| Trial Exhibit 41 | Trial Exhibit 42 |
| Trial Exhibit 43 | Trial Exhibit 44 |
| Trial Exhibit 45 | Trial Exhibit 46 |
| Trial Exhibit 47 | Trial Exhibit 48 |
| Trial Exhibit 49 | Trial Exhibit 50 |
| Trial Exhibit 51 | Trial Exhibit 52 |
| Trial Exhibit 53 | Trial Exhibit 54 |
| Trial Exhibit 55 | Trial Exhibit 56 |
| Trial Exhibit 57 | Trial Exhibit 58 |
| Trial Exhibit 59 | Trial Exhibit 60 |
| Trial Exhibit 61 | Trial Exhibit 62 |
| Trial Exhibit 63 | Trial Exhibit 64 |
| Trial Exhibit 65 | Trial Exhibit 66 |
| Trial Exhibit 67 | Trial Exhibit 68 |

| | |
|---|---|
| Trial Exhibit 70 | Trial Exhibit 71 |
| Trial Exhibit 72 | Trial Exhibit 73 |
| Trial Exhibit 74 | Trial Exhibit 75 |
| Trial Exhibit 76 | Trial Exhibit 77 |
| Trial Exhibit 96 | Trial Exhibit 97 |
| Trial Exhibit 98 | Trial Exhibit 99 |
| Trial Exhibit 100 | Trial Exhibit 101 |
| Trial Exhibit 102 | Trial Exhibit 103 |
| Trial Exhibit 104 | Trial Exhibit 105 |
| Trial Exhibit 106 | Trial Exhibit 107 |
| Trial Exhibit 108 | Trial Exhibit 109 |
| Trial Exhibit 110 | Trial Exhibit 111 |
| Trial Exhibit 112 | Trial Exhibit 113 |
| Trial Exhibit 114 | Trial Exhibit 115 |
| Trial Exhibit 116 | Trial Exhibit 117 |
| Trial Exhibit 118 | Trial Exhibit 119 |
| Trial Exhibit 120 | Trial Exhibit 121 |
| Trial Exhibit 122 | Trial Exhibit 123 |
| Trial Exhibit 124 | Trial Exhibit 125 |

Mr. Villagomez does not stipulate that in fact the transcriptions and translations described above necessarily reflect a true, authentic, accurate or complete translation of any actual conversation he may have had.

//

//

//

//

CORRECTED STIPULATIONS RE RECORDS                 3
3:18-CR-599-VC

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

DATED: March 11, 2022

/s/
ANKUR SHINGAL
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorneys

DATED: March 11, 2022

/s/
ELIZABETH M. FALK
DANIEL BLANK
Attorney for Defendant Isai Ulises Villagomez