# Exhibit A

(Redacted)

**Lisa Tarasyuk**

---

| | |
|---|---|
| **From:** | Elizabeth Falk |
| **Sent:** | Wednesday, March 9, 2022 4:44 PM |
| **To:** | Lisa Tarasyuk; Catherine Goulet |
| **Subject:** | Fwd: Discovery Request based on Harland Espinoza's Declaration |

Sent from my iPhone

Begin forwarded message:

> **From:** "Abrahamson, Zachary (USACAN)" <Zachary.Abrahamson2@usdoj.gov>
> **Date:** March 9, 2022 at 4:37:22 PM PST
> **To:** Elizabeth Falk <Elizabeth_Falk@fd.org>, "Shingal, Ankur (USACAN)" <Ankur.Shingal@usdoj.gov>
> **Subject: RE: Discovery Request based on Harland Espinoza's Declaration**
>
> Hi Elizabeth,
>
> We are producing the below information ATTORNEY'S EYES ONLY.
>
> 808.
> 432.
> 432.
> 312.
> 562.
> 213.
> 213.
>
> Zack
>
> **From:** Elizabeth Falk <Elizabeth_Falk@fd.org>
> **Sent:** Wednesday, March 9, 2022 12:19 PM
> **To:** Shingal, Ankur (USACAN) <AShingal@usa.doj.gov>; Abrahamson, Zachary (USACAN) <ZAbrahamson@usa.doj.gov>
> **Subject:** [EXTERNAL] Discovery Request based on Harland Espinoza's Declaration
>
> Hi guys:
> After reading Espinoza's declaration, I request production of the additional masked numbers assigned to this CI by Espinoza, regardless of whether or not Callyo records exist for those numbers.
>
> Thanks,
> Elizabeth