# Exhibit F

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7261
   FAX: (415) 436-7234
   zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>   Defendant. | CASE NO. 3:18-cr-599 VC<br><br>**DECLARATION OF BRITT ELMORE IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S SECOND MOTION TO COMPEL** |

I, Britt Elmore, declare and state as follows:

1. I am currently employed as a Task Force Officer with the Drug Enforcement Agency (DEA) in San Francisco and the San Francisco Police Department (SFPD) Narcotics Division. I have been a member of the SFPD Narcotics Division since September 1999 and have been assigned to the DEA since 2009.

2. Prior to learning that counsel for Isai Villagomez had contacted the United States Coast Guard, I had no knowledge of the existence of recorded calls or text messages between the defendant and the deceased CI in this case.

3. The only phone number that I know the deceased CI used between August and November 2018

Elmore Decl. ISO US Opp. to 2nd MTC
3:18-cr-599 VC

1

FPD-001143

1     is (415) XXX-5863.

2   4. I know of no, and have not inquired about any, law enforcement investigative reports in the possession of the Los Angeles Division of the Drug Enforcement Administration ("DEA-LA") or the U.S. Coast Guard that relate to the charged case or mention Isai Villagomez or Giovanni Gaxiola. I further know of no reports or records, nor have I inquired about any such reports or records, in the possession of DEA-LA or the U.S. Coast Guard (other than the recorded calls identified in November by Villagomez) that reflect the contents of conversations between the CI and Isai Villagomez or Giovanni Gaxiola.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 11, 2022

Respectfully submitted,

/s/ Signed by SAUSA Abrahamson with Elmore's consent

_____
BRITT ELMORE
Task Force Officer, Drug Enforcement Administration

Elmore Decl. ISO US Opp. to 2nd MTC
3:18-cr-599 VC

2

FPD-001144