# Exhibit G

1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney

2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   ANKUR SHINGAL (CABN 303434)
    ZACHARY G.F. ABRAHAMSON (CABN 310951)
5   Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7261
         FAX: (415) 436-7234
8        zachary.abrahamson2@usdoj.gov

9   Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,            )   CASE NO. 3:18-cr-599 VC
14                                       )
            Plaintiff,                   )   **DECLARATION OF BRANDON CAHILL IN**
15                                       )   **SUPPORT OF THE UNITED STATES'**
        v.                               )   **OPPOSITION TO DEFENDANT'S SECOND**
16                                       )   **MOTION TO COMPEL**
    ISAI ULISES VILLAGOMEZ,              )
17                                       )
            Defendant.                   )
18   _____)

19
    I, Brandon Cahill, declare and state as follows:
20
        1.  I am currently employed as a Special Agent with the Drug Enforcement Agency (DEA) in
21
            Chicago. I have been employed at the DEA since August of 2015.
22
        2.  Prior to learning that counsel for Isai Villagomez had contacted the United States Coast Guard, I
23
            had no knowledge of the existence of recorded calls or text messages between the defendant and
24
            the deceased CI in this case.
25
        3.  The only phone number that I know the deceased CI used between August and November 2018
26
            is (415) XXX-5863.
27
        4.  I know of no, nor have I inquired about any, law enforcement investigative reports in the
28

    Cahill Decl. ISO US Opp. to 2nd MTC              1
    3:18-cr-599 VC

FPD-001141

1   possession of the Los Angeles Division of the Drug Enforcement Administration ("DEA-LA") or

2   the U.S. Coast Guard that relate to the charged case or mention Isai Villagomez or Giovanni

3   Gaxiola.  I further know of no reports or records, nor have I inquired about any such reports or

4   records, in the possession of DEA-LA or the U.S. Coast Guard (other than the recorded calls

5   identified in November by Villagomez) that reflect the contents of conversations between the CI

6   and Isai Villagomez or Giovanni Gaxiola.

7   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

8

9

10   DATED:  February __, 2022                           Respectfully submitted,

11

12                                                       BRANDON CAHILL Digitally signed by BRANDON CAHILL Date: 2022.02.11 09:29:04 -06'00'

                                                        BRANDON CAHILL
13                                                      Special Agent, Drug Enforcement
                                                        Administration
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cahill Decl. ISO US Opp. to 2nd MTC                     2
3:18-cr-599 VC

FPD-001142