IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAI VILLAGOMEZ,<br><br>Defendant. | Case No. CR 18-599 VC<br><br>**ORDER REQUIRING HEARING ON ORDER TO SHOW CAUSE RE: CONTEMPT** |

To Custodian of Records of Callyo Inc:

YOU ARE HEREBY ORDERED to appear on March 15, 2022, at 3:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, then and there to show cause, if any you have, why you should not be adjudged in contempt of court and for willfully disobeying the Subpoena Duces Tecum, signed by this Court on February 24, 2022, and served on March 2, 2013, in the above-entitled action.

The Subpoena Duces Tecum, served March 2, 2022, required the production of documents or an appearance on or about March 7, 2022, as more fully described in the Declaration of Elizabeth M. Falk attached hereto.

This order shall be served by delivering a copy thereof, attached to a copy of the declaration of Elizabeth Falk and a copy of the aforementioned Subpoena Duces Tecum, no later than March 11, 2022, by means of email to outside counsel employed by Callyo, Inc. to address this subpoena, namely Ms. Danielle Dudai at DDudai@hallboothsmith.com.

*US v. Villagomez,* Case No. CR 18-599 VC;
[Proposed] Order to Seal                1

IT IS SO ORDERED.

Date: _____

_____
VINCE CHHABRIA
United States District Judge