JODI LINKER
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
E-mail:          elizabeth_falk@fd.org

Counsel for Defendant VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAI VILLAGOMEZ,<br><br>Defendant. | Case No. CR 18-599 VC<br><br>**[PROPOSED] ORDER RE: RULE 17(a) and 17(c) SUBPOENAS TO CALLYO IN.** |

GOOD CAUSE SHOWING,

IT IS HEREBY ORDERED that Callyo Inc., through its Custodian of Records:

1. Produce documents specified in the Subpoena Duces Tecum, issued pursuant to Federal Rule of Criminal Procedure 17(c) and signed by this Court on February 24th, 2022, served on March 2, 2022, as also indicated in the Order to Show Cause, issued by this Court on _____, forthwith.

2. Identify a testifying witness who will appear to testify at trial on March 15, 2022 at 10:00 a.m., as ordered by this Court on February 24, 2022

*US v. Villagomez,* Case No. CR 18-599 VC;
[Proposed] Order re: Rule 17(a) and 17(c) Subpoenas         1

IT IS SO ORDERED.

Date: _____

_____
VINCE CHHABRIA
United States District Judge