KEKER, VAN NEST & PETERS LLP
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
VICTOR H. YU - # 325411
vyu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Non-Party
CALLYO 2009 CORP.

RECEIVED
MAR 1 5 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>  Defendant. | Case No. 3:18-cr-599 VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH DEFENDANT'S SUBPOENA TO NON-PARTY CALLYO 2009 CORP.**<br><br>Location:  Courtroom 4, 17th Fl.<br>Judge:     Hon. Vince G. Chhabria<br><br>Trial Date: March 15, 2022 |

Based on the submissions to the Court, the applicable law, and the relevant pleadings and papers on file in this action, the Court hereby **GRANTS** Non-Party Callyo 2009 Corp.'s Motion to Quash Defendant Isai Villagomez's Subpoenas.

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Vince G. Chhabria
                                                UNITED STATE DISTRICT COURT JUDGE