KEKER, VAN NEST & PETERS LLP
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
VICTOR H. YU - # 325411
vyu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Non-Party
CALLYO 2009 CORP.

FILED

MAR 15 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>Defendant. | Case No. 3:18-cr-599 VC<br><br>**PROOF OF SERVICE**<br><br>Location:   Courtroom 4, 17th Fl.<br>Judge:       Hon. Vince G. Chhabria<br><br>Date Filed: December 13, 2018<br><br>Trial Date: N/A |

1

PROOF OF SERVICE
Case No. 3:18-cr-599 VC

1840108

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On March 15, 2022, I served the following document(s):

> **NOTICE OF MOTION AND MOTION TO QUASH DEFENDANT'S SUBPOENAS TO NON-PARTY CALLYO 2009 CORP.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
>
> **[PROPOSED] ORDER GRANTING MOTION TO QUASH DEFENDANT'S SUBPOENA**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Elizabeth Meyer Falk<br>Geoffrey A. Hansen<br>Daniel Paul Blank<br>450 Golden Gate Avenue, Box 36106<br>19th Floor<br>San Francisco, CA 94102<br>Email: elizabeth_falk@fd.org<br>Email: geoffrey_hansen@fd.org<br>Email: daniel_blank@fd.org | Ankur Shingal<br>United States Attorney's Office, Criminal<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>Email: ankur.shingal@usdoj.gov |

Zachary George Facer Abrahamson
United States Department of Justice
NDCA USAO
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: Zachary.Abrahamson2@usdoj.gov

Executed on March 15, 2022, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Sandy Giminez_
Sandy Giminez