KEKER, VAN NEST & PETERS LLP
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
VICTOR H. YU - # 325411
vyu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Non-Party
CALLYO 2009 CORP.

FILED

MAR 15 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>         Defendant. | Case No. 3:18-cr-599 VC<br><br>**NOTICE OF APPEARANCE OF VICTOR H. YU**<br><br>Judge:    Hon. Vince G. Chhabria |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Victor H. Yu of Keker, Van Nest & Peters LLP hereby appears as counsel for Non-Party Callyo 2009 Corp. ("Callyo"). He is admitted to practice in the State of California and before this Court. His address, telephone, and facsimile numbers are as follows:

> KEKER, VAN NEST & PETERS LLP
> Victor H. Yu
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:   415-391-5400
> Facsimile:   415-397-7188
> Email: vyu@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: March 15, 2022

KEKER, VAN NEST & PETERS LLP

By: */s/ Victor H. Yu*
NICHOLAS D. MARAIS
VICTOR H. YU

Attorneys for Non-Party
CALLYO 2009 CORP.

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On March 15, 2022, I served the following document(s):

**NOTICE OF APPEARANCE OF VICTOR H. YU**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Elizabeth Meyer Falk<br>Geoffrey A. Hansen<br>Daniel Paul Blank<br>450 Golden Gate Avenue, Box 36106<br>19th Floor<br>San Francisco, CA 94102<br>Email: elizabeth_falk@fd.org<br>Email: geoffrey_hansen@fd.org<br>Email: daniel_blank@fd.org | Ankur Shingal<br>United States Attorney's Office, Criminal<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>Email: ankur.shingal@usdoj.gov |

Zachary George Facer Abrahamson
United States Department of Justice
NDCA USAO
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: Zachary.Abrahamson2@usdoj.gov

Executed on March 15, 2022, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Sandy Giminez*
Sandy Giminez