UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ISAI ULISES VILLAGOMEZ,<br><br>        Defendant. | Case No. 18-cr-00599-VC-1<br><br>**ORDER FOR JURY MORNING REFRESHMENTS AND MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish morning refreshments for the duration of the trial and lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: March 15, 2022

VINCE CHHABRIA
United States District Judge